**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Robin Johnson Stepney | : | Case No. 26-11926 djb |
| | : | |
| Debtor | : | Chapter 13 |

## STIPULATION FOR LATE FILING OF PROOF OF CLAIM

It is hereby stipulated by and between Michael A. Cibik, Esquire, counsel for the Debtor, Robin Johnson Stepney, and Jay E. Kivitz, Esquire, counsel for Creditor, Elvin A. Lopez-Aviles, that the Creditor may file Proof of Claim 3-1 after its due date.

**/s/ Michael A. Cibik**
MICHAEL A. CIBIK, ESQUIRE

Date: September 16, 2026

/s/ *Jay E. Kivitz*
JAY E. KIVITZ, ESQUIRE

Date: September 17, 2026

It is so **ORDERED.**

Dated: September 24, 2026

Honorable Derek J. Baker
United States Bankruptcy Court