United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robin Johnson Stepney
Debtor

Case No. 26-11926-djb
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 1
Date Rcvd: Sep 24, 2026 | Form ID: pdf900 | Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Robin Johnson Stepney, 4401 Marple St, Philadelphia, PA 19136-3713 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JAY E. KIVITZ | on behalf of Creditor Elvin A Lopez-Aviles jkivitz@kivitzandkivitz.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Robin Johnson Stepney help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Robin Johnson Stepney | : | Case No. 26-11926 djb |
| | : | |
| Debtor | : | Chapter 13 |

**STIPULATION FOR LATE FILING OF PROOF OF CLAIM**

It is hereby stipulated by and between Michael A. Cibik, Esquire, counsel for the Debtor, Robin Johnson Stepney, and Jay E. Kivitz, Esquire, counsel for Creditor, Elvin A. Lopez-Aviles, that the Creditor may file Proof of Claim 3-1 after its due date.

______**/s/ Michael A. Cibik**_____
MICHAEL A. CIBIK, ESQUIRE

Date: September 16, 2026

__/s/ *Jay E. Kivitz*_______________
JAY E. KIVITZ, ESQUIRE

Date: September 17, 2026

It is so **ORDERED.**

Dated: September 24, 2026

______________________________
Honorable Derek J. Baker
United States Bankruptcy Court