**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Robin Johnson Stepney,<br><br>*Debtor*. | Case No. 26-11926-DJB<br>Chapter 13 |

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on September 29, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Third Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: September 29, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900 Market Street, Suite 320 Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**City of Philadelphia Law Dept.**
Tax Litigation and Collections Unit
1401 John F Kennedy Blvd, Fl 5
Philadelphia, PA 19102-1617
Method of Service: First Class Mail

**Elvin A. Lopez-Aviles**
c/o Kivitz & Kivitz, P.C.
7901 Ogontz Ave
Philadelphia, PA 19150-1409
Method of Service: CM/ECF